# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME:  **Joseph Alan McMillan** | CASE INFORMATION: |
| JUVENILE: No | RELATED COMPLAINT: |
| PUBLIC or SEALED  Public | CASE NUMBER: |
| SERVICE TYPE:  Warrant | 1:25-CR-142-AKB |
| (Summons/ Warrant/ Notice) | |
| ISSUE: Yes | County of Offense:  **Canyon** |
| INTERPRETER: No | |
| If YES, language: | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | |
|---|---|---|
| Felony: | **Yes** | |
| | Class A Misdemeanor: | **No** |
| | Class B or C Misdemeanor: | **No** |
| | (Petty Offense) | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | ONE | **Distribution of Methamphetamine** | **At least 5 and no more than 40 years imprisonment and/or a $5,000,000 fine, at least 4 years supervised release, $100 Special Assessment** |
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | TWO | **Distribution of Methamphetamine** | **At least 10 years imprisonment and up to life, at least 5 years supervised release, $10,000,000 fine, $100 Special Assessment** |
| 21 U.S.C. § 853 | **FORFEITURE ALLEGATION** | **Drug Forfeiture** | **Forfeiture of Listed Property** |

Date:  13 May 2025

Assistant U.S. Attorney:  KELSEY A. MANWEILER

Telephone No.:  (208) 334-1211

**U.S. COURTS**

MAY 13 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO